No. 02–8525. TATE v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–8529. FINK v. NOURSE ET AL.; and FINK v. FLYNN ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8530. WARE v. JORDAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–8534. KNIGGA v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 02–8535. EMMETT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–8537. BARTH v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02–8539. BLANKS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8541. HOOK v. IOWA. C. A. 8th Cir. Certiorari denied.

No. 02–8545. HUNTER v. CALIFORNIA BOARD OF PRISON TERMS. C. A. 9th Cir. Certiorari denied.

No. 02–8549. ZIMMERMAN v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8552. COLE v. SAUNDERS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–8559. WALLS v. REDMAN, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 02–8560. BRITT v. SAN DIEGO UNIFIED PORT DISTRICT. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–8563. JIMENEZ v. GONZALEZ. C. A. 9th Cir. Certiorari denied.

No. 02–8564. LARK v. OLSON, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.